Cary Kletter
Sally Trung Nguyen
KLETTER LAW FIRM
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Telephone: 415.434.3400
Email: ckletter@kletterlaw.com

Attorneys for NOAH KRAVITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONEDOG, LLC, a Delaware<br><br>Plaintiff,<br><br>v.<br><br>NOAH KRAVITZ, an individual,<br><br>Defendants. | CASE NO. C11-03474<br><br>DECLARATION OF NOAH KRAVITZ IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF PHONEDOG, LLC'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. PROC. RULE 12(b)(1) AND FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. PROC. RULE 12(b)(6)<br><br>Date: September 15, 2011<br>Time: 10:00 a.m.<br>Dept.: Courtroom B – 15th Floor<br>Judge: Maria-Elena James |

I, Noah Kravitz, declare as follows:

1. I am the Defendant in this case. I have personal knowledge of the matters set forth herein and if called upon to testify, I could and would do so competently.

2. This declaration is submitted in support of Defendant's Motion to Dismiss Plaintiff PhoneDog, LLC's Complaint For Lack of Subject Matter Jurisdiction Under Fed. R.

Civ. Proc. Rule 12(b)(1) and For Failure to State a Claim Under Fed. R. Civ. Proc. Rule 12(b)(6).

3. PhoneDog, LLC ("PhoneDog") and I did not have any agreement regarding the Twitter account "@PhoneDog_Noah" (the "Account").

4. I initially set up the account and I created the password.

5. I have always been the sole person to utilize and maintain the Account.

6. I have never had the password to the Twitter accounts used by other PhoneDog employees and have never accessed any of those accounts.

7. I have always used the Account to create and disseminate information regarding my personal and professional life. Attached hereto as "Exhibit A" are true and correct copies of some examples of my tweets while I was employed at PhoneDog. Although they show the handle "@noahkravitz", because I had already changed the handle at the time I printed them out, they were originally tweeted under the "@PhoneDog_Noah" handle.

8. PhoneDog did not have any policy that required me to return the Account after my separation from employment.

9. I separated from my employment with PhoneDog in October 2010.

10. I was informed by Tom Klein, the CEO of PhoneDog, in October 2010 that I could retain the Account after my separation from employment.

11. After my separation from employment with PhoneDog, I changed the Twitter handle to the Account to "@noahkravitz" and immediately informed PhoneDog.

12. After I separated from PhoneDog, and after I changed the Account handle to "@noahkravitz", PhoneDog requested multiple times that I "tweet" or publish articles and promotions on the Account "@noahkravitz" on its behalf. Each time, I obliged without hesitation.

13. On December 10, 2010, PhoneDog sent me an email stating: "Please tweet about our 12 Days of Christmas sweepstakes, we are giving away the 2nd of 3 phones tonight at 8pm ET, a Motorola Flipout. http://on.fb.me/PdogEvents Just have to LIKE the Dog to

enter". Attached hereto as "Exhibit B" is a true and correct copy of the December 10, 2010 email from PhoneDog.

14. On December 15, 2010, PhoneDog sent me an email stating: "Will you tweet: Like @PhoneDog on Facebook for the chance to win a Google Nexus S. Live drawing Nov. 17 8PM ET!". Attached hereto as "Exhibit C" is a true and correct copy of the December 15, 2010 email from PhoneDog.

15. At no time prior to June 8, 2011 (the date of the filing of my suit for unpaid wages) did PhoneDog request I relinquish or return the Account.

16. At no time prior to June 8, 2011 did PhoneDog raise any concerns with me regarding my continued use of the Account.

17. In my opinion, based upon my several years of tweeting in the "twitterverse", the Account is worth less than $10,000, for many reasons, but most importantly because I do not believe anyone would even pay $8,000 for it, if it is even legal to sell it.

I declare under penalty of the laws of the state of California that the foregoing is true and correct and that this declaration was executed on this 4th day of August 2011, in San Mateo, California.

DATED: August 4, 2011

_____
NOAH KRAVITZ

# EXHIBIT A

**@noahkravitz** Noah Kravitz

Chicago soccer fans are feisty. I like it.

8 Aug via TweetDeck

**@noahkravitz** Noah Kravitz

# dude. mad men is back on this weekend.

23 Jul 10 via TweetDeck

Retweeted by CloudSpeaker and 1 other



[@noahkravitz](@noahkravitz) Noah Kravitz

# French football is a mess.

20 Jun 10 via Plume

Retweeted by benjamin_Meyer and 5 others



## @noahkravitz Noah Kravitz

# What a great night in the NBA.

7 May 10 via TweetDeck

Retweeted by yungholder



## @noahkravitz Noah Kravitz

# My God, MTV is horrible.

9 Apr 10 via TweetDeck

Retweeted by metallica4390 and 6 others



[@noahkravitz](@noahkravitz) Noah Kravitz

# GUS JOHNSON IS ALL HYPED UP!!! #kstate_butler

27 Mar 10 via TweetDeck

Retweeted by DOC17



@noahkravitz Noah Kravitz

# Why do local governments have the worst websites ever?

17 Feb 10 via TweetDeck

Retweeted by DustinKSmith



@noahkravitz Noah Kravitz

# The Eagles are just getting wrecked.

9 Jan 10 via twidroid

@noahkravitz Noah Kravitz

In English, too http://bit.ly/3ac96GRT @ChrisLeckness: "Foo Fighters live concert at Facebook http://bit.ly/beeW1" -@GeeksRoom

30 Oct 09 via TweetDeck

 **@noahkravitz**
Noah Kravitz  September 26, 2009

  



**Login to leave a comment**

1 Comment

 **jpartin** *675 days ago*

Thanks for the tip! Didn't realize they were in town until I saw you mention it on your twitter feed. Great show.

EXHIBIT B

From: Tom Klein <tkdog@phonedog.com>
Subject: **Tweet: #12DaysOfXMas**
Date: December 10, 2010 10:36:41 AM PST
To: Noah Kravitz <noah.kravitz@gmail.com>
Cc: Rebecca Atwood <radog@phonedog.com>

Noah,

Please tweet about our 12 Days of Christmas sweepstakes, we are giving away the 2nd of 3 phones tonight at 8pm ET, a Motorola Flipout. http://on.fb.me/PdogEvents Just have to LIKE the Dog to enter

Thanks
TK

EXHIBIT C

From: Rebecca Atwood <radog@phonedog.com>
Subject: **tweet please**
Date: December 15, 2010 7:50:13 AM PST
To: Noah Kravitz <noah.kravitz@gmail.com>

NK- Will you tweet: Like @PhoneDog on Facebook for the chance to win a Google Nexus S. Live drawing Nov. 17 8PM ET! http://bit.ly/gxqF5f

Thanks RA