UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PHONEDOG,<br><br>              Plaintiff,<br>   v.<br>NOAH KRAVITZ,<br><br>              Defendant.<br>_____/ | No. C 11-03474 MEJ<br><br>**ORDER RESETTING HEARING ON MOTION TO DISMISS** |

Pending before the Court is Defendant's Motion to Dismiss, currently set for hearing on October 6, 2011. Dkt. No. 4. The Court hereby **RESETS** the hearing on this matter for **October 13, 2011, at 10:00 a.m. in Courtroom B**.

**IT IS SO ORDERED.**

Dated: October 5, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge