# KLETTER LAW FIRM

1900 S. NORFOLK STREET, SUITE 350
SAN MATEO, CALIFORNIA 94403
TELEPHONE: 415.434.3400
www.kletterlaw.com

January 18, 2012

*Via ECF and U.S. Mail*

Honorable Maria-Elena James
San Francisco Courthouse, Courtroom B – 15th Floor
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

      **Re:**    **Kravitz v. PhoneDog, LLC, et al**
               **Case No. 3:11-cv-03474-MEJ**

Your Honor:

Defendant Noah Kravitz's counsel, Cary Kletter, hereby request a 30-day extension to conduct mediation because of his father's death this past weekend. Counsel for Plaintiff PhoneDog, LLC is aware of Mr. Kletter's family situation and is not expected to object to our request.

Thank you very much for your prompt attention to this matter. Please feel free to contact me should you have any questions or concerns.

Sincerely,

Chan Phan
Legal Assistant

Cc: John Kirke

Dated: 1/18/2012

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA