1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  DEWEY & LEBOEUF LLP
   Post Montgomery Center
3  One Montgomery Street, Suite 3500
   San Francisco, CA 94104
4  Telephone: (415) 951-1100
   Facsimile: (415) 951-1180
5
   SEBASTIAN L. MILLER (State Bar No. 265793)
6  smiller@dl.com
   DEWEY & LEBOEUF LLP
7  1950 University Avenue, Suite 500
   East Palo Alto, CA 94303
8  Telephone: (650) 845-7000
   Facsimile: (650) 845-7333
9
   *Attorneys for Defendant Noah Kravitz*
10

11              **IN THE UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13 PHONEDOG, LLC, a Delaware corporation,    )
                                             )
14                    Plaintiff,             )
                                             )  Case No. 3:11-cv-03474 (MEJ)
         v.                                  )
15                                           )
   NOAH KRAVITZ, an individual,              )
16                                           )  **NOTICE OF APPEARANCE**
                      Defendant.             )
17                                           )
                                             )
18 _____)

19       PLEASE TAKE NOTICE that Margaret A. Keane and Sebastian L. Miller of Dewey &

20 LeBoeuf LLP hereby enter their appearance in this matter as co-counsel for Defendant Noah Kravitz

21 in the above-referenced matter, and hereby request copies of all pleadings, motions, and other papers

22 filed in this action, and any orders and notices from this Court be served upon the undersigned:

23
         Margaret A. Keane
24       Dewey & LeBoeuf LLP
         Post Montgomery Center
25       One Montgomery Street, Suite 3500
         San Francisco, CA 94104
26       Telephone: (415) 951-1100
         Facsimile: (415) 951-1180
27       E-mail Address: mkeane@dl.com

28

                                                 2
   NOTICE OF APPEARANCE                                      CASE NO. 3:11-cv-03474 (MEJ)
   US1 32277472.1

| | |
|---|---|
| 1 | Sebastian L. Miller |
| | Dewey & LeBoeuf LLP |
| 2 | 1950 University Avenue, Suite 500 |
| | East Palo Alto, CA  94303 |
| 3 | Telephone:  (650) 845-7000 |
| | Facsimile:  (650) 845-7333 |
| 4 | E-mail Address:  smiller@dl.com |

1  Sebastian L. Miller
   Dewey & LeBoeuf LLP
2  1950 University Avenue, Suite 500
   East Palo Alto, CA  94303
3  Telephone:  (650) 845-7000
   Facsimile:  (650) 845-7333
4  E-mail Address:  smiller@dl.com

6
7  DATED:  February 2, 2012              DEWEY & LEBOEUF LLP

8                                         By:    /s/ *Sebastian L. Miller*
                                               SEBASTIAN L. MILLER (SBN 265793)
9                                              smiller@dl.com
                                               1950 University Avenue, Suite 500
10                                             East Palo Alto, CA  94303-2225
                                               Tel:   (650) 845-7000
11                                             Fax:   (650) 845 7333

12                                         and

13                                         MARGARET A. KEANE (SBN 255378)
                                           mkeane@dl.com
14                                         Post Montgomery Center
                                           One Montgomery Street, Suite 2500
15                                         San Francisco, CA 94104
                                           Tel:   (415) 951-1100
16                                         Fax:   (415) 951-1180

17                                         *Attorneys for Defendant Noah Kravitz*

3

NOTICE OF APPEARANCE                                     CASE NO. 3:11-cv-03474 (MEJ)
US1 32277472.1