MARGARET A. KEANE (State Bar No. 255378)
 mkeane@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

SEBASTIAN L. MILLER (State Bar No. 265793)
 smiller@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Cary Kletter (State Bar No. 210230)
Sally Trung Nguyen (State Bar No. 267275)
 ckletter@kletterlaw.com
KLETTER LAW FIRM
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (415) 434-3400

*Attorneys for Defendant Noah Kravitz*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHONEDOG, LLC, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NOAH KRAVITZ, an individual,<br><br>　　　　　　　　Defendant. | Case No. 3:11-cv-03474 (MEJ)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW SEBASTIAN L. MILLER AS COUNSEL OF RECORD AND REQUEST FOR REMOVAL FROM SERVICE LISTS** |

1

[PROPOSED] ORDER RE: MOTION TO WITHDRAW - Case No. 3:11-cv-03474 (MEJ)

1     Before the Court is an Unopposed Motion to Withdraw Sebastian L. Miller as counsel of
2 record for Defendant Noah Kravitz in the above-referenced action.
3     IT IS HEREBY ORDERED that Sebastian L. Miller is withdrawn as counsel of record for
4 Defendant. IT IS FURTHER ORDERED that the Clerk remove Mr. Miller from CM/ECF electronic
5 service in this proceeding.

7     IT IS SO ORDERED.

8 Dated: April 27, 2012
9                                           Honorable Maria Elena James

US1 32400957.1