MARGARET A. KEANE (State Bar No. 255378)
 mkeane@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA  94104
Telephone:  (415) 951-1100
Facsimile:  (415) 951-1180

Cary Kletter (State Bar No. 210230)
Sally Trung Nguyen (State Bar No. 267275)
 ckletter@kletterlaw.com
KLETTER LAW FIRM
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone:  (415) 434-3400

*Attorneys for Defendant Noah Kravitz*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHONEDOG, LLC, a Delaware corporation, | Case No.  3:11-cv-03474 (MEJ) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT NOAH KRAVITZ'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS** |
| v. | |
| NOAH KRAVITZ, an individual, | |
| Defendant. | |

Before the Court is Defendant Noah Kravitz's Motion for Leave to File a First Amended Answer and Counterclaims.  Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED that Defendant's motion is GRANTED, and Defendant is hereby granted leave to file the First Amended Answer and Counterclaims.

IT IS SO ORDERED.

DATED: May 15, 2012                          _____
                                              Honorable Maria-Elena James

US1 32404127.1