1  JOHN C. KIRKE, #175055
    SOPHIA E.C. SCHWARTZ, #272915
2  DONAHUE GALLAGHER WOODS LLP
    Attorneys at Law
3  1999 Harrison Street, 25th Floor
    Oakland, California  94612-3520
4  P.O. Box 12979
    Oakland, California  94604-2979
5  Telephone:    (510) 451-0544
    Facsimile:    (510) 832-1486
6

7  Attorneys for Plaintiff and Counterdefendant
    PHONEDOG, LLC

8

9           UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11

12  PHONEDOG, LLC, a Delaware
     corporation,

| | |
|---|---|
| PHONEDOG, LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> NOAH KRAVITZ, an individual, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | CASE NO.  3:11-cv-03474-MEJ <br><br> **STIPULATION FOR DISMISSAL AFTER SETTLEMENT** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant PhoneDog, LLC and Defendant and Counterclaimant Noah Kravitz, as follows:

1.     The parties agree that this action shall be dismissed with prejudice.

2.     The settlement reached by the parties shall remain in effect and shall not be vacated.

3.     The parties agree that the court shall, notwithstanding dismissal of the action, retain jurisdiction of enforcing the settlement agreement.

IT IS SO STIPULATED..

Dated: December 3/, 2012          DONAHUE GALLAGHER WOODS LLP

By: _____
    John C. Kirke
    Attorneys for Plaintiff and Counterdefendant
    PHONEDOG, LLC

Dated: December __, 2012          LITTLER MENDELSON P.C.

By: _____
    Margaret A. Keane
    Attorneys for Defendant and Couterclaimant
    NOAH KRAVTIZ

-1-