1  JOHN C. KIRKE, #175055
   SOPHIA E.C. SCHWARTZ, #272915
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  1999 Harrison Street, 25th Floor
   Oakland, California 94612-3520
4  P.O. Box 12979
   Oakland, California 94604-2979
5  Telephone:  (510) 451-0544
   Facsimile:  (510) 832-1486
6
   Attorneys for Plaintiff and Counterdefendant
7  PHONEDOG, LLC

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  PHONEDOG, LLC, a Delaware corporation, | CASE NO. 3:11-cv-03474-MEJ |
| 13           Plaintiff, | **STIPULATION FOR DISMISSAL AFTER SETTLEMENT** |
| 14  v. | |
| 15  NOAH KRAVITZ, an individual, | |
| 16           Defendant. | |
| 17 | |
| 18  AND RELATED COUNTERCLAIM. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant PhoneDog, LLC and Defendant and Counterclaimant Noah Kravitz, as follows:

1. The parties agree that this action shall be dismissed with prejudice.

2. The settlement reached by the parties shall remain in effect and shall not be vacated.

3. The parties agree that the court shall, notwithstanding dismissal of the action, retain jurisdiction of enforcing the settlement agreement.

IT IS SO STIPULATED..

Dated: December 31, 2012         DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke
Attorneys for Plaintiff and Counterdefendant
PHONEDOG, LLC

Dated: December __, 2012         LITTLER MENDELSON P.C.

By: _____
Margaret A. Keane
Attorneys for Defendant and Couterclaimant
NOAH KRAVTIZ

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 1/8/2013